NEWCOMER (UNITED STATES v.). See Cases Nos. 15,868 and 15,869.

_____

## Case No. 10,149.

### The NEW EAGLE.

[Blatchf. Pr. Cas. 196.] [1]

District Court, S. D. New York.  July 28, 1862.

PRIZE—ENEMY PROPERTY.

Vessel and cargo condemned as enemy property.

In admiralty.

BETTS, District Judge. This vessel and cargo were captured by the United States mortar-boat Mathew Vassar, May 6, 1862, in the Gulf of Mexico. The sloop was taken to Ship Island, and appropriated to the use of the United States, and the cargo was transported to New York, and was here

_____

[1] [Reprinted from 18 N. B. R. 85, by permission.]

[1] [Reported by Samuel Blatchford, Esq.]

arrested and condemned by default. The vessel was sailing under the confederate flag, and she and her cargo were owned in the seceded states, and were accordingly enemy property. Both, upon the legal proofs before the court, are lawful prize of war, and are condemned, as such, to forfeiture.

---

NEWELL (MASON v.). See Case No. 9.249.

NEWELL (NICHOLS v.). See Case No. 10,-245.

NEWELL (SPEAR v.). See Case No. 13.224.

NEWELL (UNION PAPER–BAG MACHINE CO. v.). See Cases Nos. 14,389 and 14,390.